# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MAGALLON, individually and on behalf of others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>ALLIED INTERSTATE LLC,<br><br>            Defendant. | Case No. 17-cv-00958-BAS-BGS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS** |

Before the Court is Plaintiff Magallon's motion to dismiss his claims with prejudice. (ECF No. 5.) Having reviewed the motion, and noting that the motion has been filed "before the opposing party serve[d] either an answer or motion for summary judgment," the Court GRANTS the motion. Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, Plaintiff Magallon's claims are dismissed with prejudice, and the claims of the putative class are dismissed without prejudice. Each party will bear their own costs and attorney's fees.

1     The Clerk of Court is instructed to close the file.

2     **IT IS SO ORDERED**.

3 **DATED: July 19, 2017**

Hon. Cynthia Bashant
United States District Judge